In the Matter of Ronald Grassel, Appellant, v Department of Education of the City of New York et al., Respondents. [41 NYS3d 422]—

Judgment, Supreme Court, New York County (Joan B. Lobis, J.), entered May 8, 2015, granting respondent Board of Education of the City School District of the City of New York's (sued herein as Department of Education of the City Of New York, School District of the City of New York) cross motion to dismiss the petition to direct respondent to credit petitioner with salary and a "Cumulative Absence Reserve," in accordance with the collective bargaining agreement, and dismissing the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.

Petitioner failed to allege any final determinations of respon-

dent made within four months of commencement of the instant proceeding. Accordingly, the proceeding is barred by the applicable statute of limitations (*see* CPLR 217 [1]; *Matter of Carter v State of N.Y., Exec. Dept., Div. of Parole*, 95 NY2d 267, 270 [2000]). We have considered petitioner's remaining arguments and find them unavailing. Concur—Friedman, J.P., Sweeny, Saxe, Kapnick and Gesmer, JJ.